

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00305-CV

_____

KNIQUEZIA JONES, FORMERLY KNIQUEZIA MADDOX, Appellant

V.

MILTON E. MADDOX, Appellee

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-652571-18

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The trial court rendered a divorce decree dividing the community property of Milton E. Maddox and Kniquezia Jones, formerly Kniquezia Maddox. Kniquezia timely filed a motion for new trial, arguing that the trial court had failed to effect an agreed division of Milton's military retirement benefits. She then filed a notice of appeal.

While the appeal was pending and before the expiration of plenary power, the trial court granted the motion for new trial. It then rendered a modified divorce decree that granted Kniquezia all the relief she sought.

On October 26, 2021, we wrote to Kniquezia to inquire whether she desired to continue the appeal. We notified her that unless she or another party filed an amended notice of appeal before November 6, 2021, the appeal would be dismissed. A month has passed, but no party has responded to our notice.

Because Kniquezia has failed to comply with notice from the clerk of this court, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f). She must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: December 16, 2021